# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DEANDRE MARTIN )<br>)<br>    Defendant. ) | Cr. No.  2:25-cr-20236-SHL |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Deandre Martin, FBI# 584743XD1, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, October 14, 2025, at 1:30pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of September 2025.

          *s/ Jermal S. Blanchard*
          **Jermal S. Blanchard**
          **Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Deandre Martin, FBI# 584743XD1, appear before the Annie T. Christoff at the date and time aforementioned.

ENTERED this 3rd day of October, 2025.

          s/Charmiane G. Claxton
          **Honorable Charmiane G. Claxton**
          **United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."